957 F.2d 912
 294 U.S.App.D.C. 163
 NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
Michael SINDRAM, Appellant,
v.
Shirley M. NELSON, et al.
 No. 90-5242.
 United States Court of Appeals, District of Columbia Circuit.
 Feb. 11, 1992.
Rehearing and Rehearing En Banc
Denied March 17, 1992.
 
 Before SILBERMAN, STEPHEN F. WILLIAMS and SENTELLE, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Upon consideration of appellees' motion for summary affirmance, the court's order to show cause and appellant's motion for summary reversal in response thereto, it is
 
 
 2
 ORDERED that the court's order to show cause be discharged. It is
 
 
 3
 FURTHER ORDERED that the motion for summary affirmance be granted substantially for the reasons stated by the district court in its order filed May 25, 1990. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C.Cir.1987) (per curiam); Walker v. Washington, 627 F.2d 541, 545 (D.C.Cir.) (per curiam), cert. denied, 449 U.S. 994 (1980). It is
 
 
 4
 FURTHER ORDERED that the motion for summary reversal be denied.
 
 
 5
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir.Rule 15.